**COLT B. DODRILL, ESQ.**
**Arizona Bar No. 23907**
**WOLFE & WYMAN LLP**
**11811 N. Tatum, Suite 3031**
**Phoenix, AZ  85028**
**Tel: (602) 953-0100**
**Fax: (602) 953-0101**
**cbdodrill@wolfewyman.com**

Attorneys for Defendant,
**GREEN TREE SERVICING LLC**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD L. WARRING, JR. and SUZANNE WARRING, husband and wife<br><br>                Plaintiffs,<br>    v.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; E*TRADE FINANCIAL CORPORATE SERVICES, INC., a Delaware corporation; JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; AND RED LIMITED LIABILITY COMPANIES I-X,<br><br>                Defendants. | Case No.:<br><br>State Court Case No. CV2013-016212<br><br>**PETITION FOR REMOVAL** |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        **PLEASE TAKE NOTICE** that Defendant, GREEN TREE SERVICING LLC ("Green Tree"), by and through its attorneys, Wolfe &Wyman LLP, hereby removes this action to the United States District Court, District of Arizona and, in support thereof, states the following:

        1.        This matter was commenced on December 16, 2013 when Plaintiffs DONALD L. WARRING, JR. and SUZANNA WARRING ("Plaintiffs"), by and through their attorneys, Christopher J. Charles and David W. Degnan of the firm David Miles McGuire Gardner, filed a Complaint in the Superior Court of the state of Arizona in and for the county of Maricopa.  A true copy of this Complaint is attached hereto as Exhibit A.

1

1582992.1

2.      Green Tree is a Defendant in the above-entitled action.

3.      Upon information and belief, Green Tree was served with the Summons and Complaint on or about December 18, 2013.

4.      Green Tree removes this case on the basis of federal questions jurisdiction pursuant to 28 U.S.C. § 1331.  Specifically, Plaintiffs' claims arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b).

5.      Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. § 1367(a).

6.      Green Tree further removes this case on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Green Tree is informed and believes that diversity is satisfied as follows:

   a.      Plaintiffs allege they are residents of the state of Arizona. (Compl. at ¶¶ 3-4.)

   b.      Green Tree is a Delaware Limited Liability Corporation with its principal place of business in Minnesota.  No members are residents of the state of Arizona.

   c.      Defendant E*Trade Financial Corporate Services, Inc. is a Delaware corporation with its principal place of business in Georgia.

   d.      Pursuant to 28 U.S.C. § 1332(a), there is a sufficient amount in controversy Plaintiffs appear to seek compensatory, general, consequential, and restitution damages in an amount exceeding the jurisdictional threshold of $75,000.00.

7.      Green Tree has sought the consent from Defendant E*Trade Financial Corporate Services, Inc. and will submit notice of its consent and joinder within a reasonable time.

8.      Based on the above-referenced allegations pursuant to 28 U.S.C. § 1441, *et seq.*, Green Tree is entitled to remove this entire action from the Maricopa County Superior Court to the United States District Court, District of Arizona, and Green Tree so wishes to exercise that right.

9.      Pursuant to 28 U.S.C. § 1446(a), Green Tree has annexed all process, pleadings, and orders served upon it as follows:

   a.      Complaint – Exhibit A

   b.      Summons – Exhibit B

10.     Pursuant to 28 U.S.C. § 1441(c), a true copy of this removal has been filed

1   concurrently with the Maricopa County Superior Court and served upon the Plaintiffs.

2        11.    Green Tree reserves the right to supplement this Petition for Removal if and when

3   additional information becomes available.  Green Tree further reserves all rights including, but not

4   limited to, defenses and objections as to venue, personal jurisdiction and service.  The filing of this

5   Petition for Removal is subject to, and without waiver of any such defense or objection.

6   DATED:  January 17, 2014                    WOLFE & WYMAN LLP

7

8                                        By:   /s/ Colt B. Dodrill
                                              COLT B. DODRILL, ESQ.
9                                             Arizona Bar No. 023907
                                              11811 N. Tatum, Suite 3031
10                                            Phoenix, AZ  85028

11
                                              **Attorneys for Defendant,**
12                                            **GREEN TREE SERVICING LLC**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

On January 17, 2014, I served **PETITION FOR REMOVAL** by the following means to the persons as listed below:

_____ a.   EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

___X___ b.   United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Christopher J. Charles, Esq.
David W. Degnan, Esq.
DAVIS MILES McGUIRE GARDNER
80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
(480) 733-6800/Fax (480) 733-3748
E-Mail: efile.dockets@davismiles.com
Attorneys for Plaintiffs
DONALD L. WARRING, JR. and
SUZANNE WARRING, husband and
wife

By: _/s/ Katia Ioffe_
       Katia Ioffe
       An employee of Wolfe & Wyman LLP

4