# ⚖ Davis Miles

## McGuire Gardner
### SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD L. WARRING, JR. and SUZANNE WARRING, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; E*TRADE FINANCIAL CORPORATE SERVICES, INC., a Delaware corporation; JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | **CASE NO. 2:14-cv-00098-DGC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREEN TREE SERVICING, LLC WITH PREJUDICE**<br>**(Rule 41, FED.R.CIV.P.)**<br><br>**(Assigned to the Honorable David G. Campbell)** |

Plaintiffs Donald L. Warring, Jr. and Suzanne Warring, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), FEDERAL RULES OF CIVIL

1

PROCEDURE, hereby file their Notice of Voluntary Dismissal of Defendant Green Tree Servicing, LLC with Prejudice.

Said notice is being filed prior to the filing of an Answer or of a Motion for Summary Judgment, by Defendant Green Tree Servicing, LLC.

RESPECTFULLY SUBMITTED this **24** day of February, 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2014, that I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing, and a copy via U.S. Mail to the following recipients:

Hon. David G. Campbell                                    [CM/ECF - PACER]
U.S. District Court – District of Arizona

Colt B. Dodrill, Esq.
Wolfe & Wyman, LLP
11811 N. Tatum Boulevard, Suite 3031
Phoenix, AZ 85028-1621
*Attorney for Green Tree Servicing, LLC*

Brian A. Paino, Esq.
Laurel I. Handley, Esq.
Pite Duncan, LLP
P.O. Box 17933
San Diego, CA 92177-0933
*Attorney for E\*Trade Financial Corporate Services, Inc.*

3