# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald L. Warring, et al., | No. CV-14-00098-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Green Tree Servicing LLC, et al., | |
| Defendants. | |

Pursuant to the Stipulated Motion to Dismiss with Prejudice (Doc. 28), and for good cause appearing;

IT IS HEREBY ORDERED that this action shall be and hereby is dismissed with prejudice, with each party to bear its own costs and fees.

Dated this 10th day of October, 2014.

Douglas L. Rayes
United States District Judge